# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FT LAUDERDALE DIVISION

JAMES AND NATASSHA BLAKESLEE,

    Plaintiffs,

v.

FREEDOM MORTGAGE CORPORATION,

    Defendant.

_____/

CASE NO.

[formerly Circuit Court for Broward County, Florida, Case No.: CACE-20-007061]

## NOTICE OF REMOVAL

Defendant, FREEDOM MORTGAGE CORPORATION ("Freedom"), hereby removes to this Court the Complaint filed by Plaintiffs, JAMES BLAKESLEE AND NATASSHA BLAKESLEE ("Plaintiffs"), in the matter entitled <u>James and Natassha Blakeslee v. Freedom Mortgage Corporation</u>, Case No. CACE-20-007061 in the Circuit Court, Seventeenth Judicial Circuit, in and for Broward County, Florida (the "State Court Action"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and as grounds for its removal states as follows:

### I. STATEMENT OF CASE[1]

1. On or about April 27, 2020, Plaintiffs filed a Complaint in the Circuit Court, Seventeenth Judicial Circuit, in and for Broward County, Florida, styled *JAMES AND NATASSHA BLAKESLEE V. FREEDOM MORTGAGE CORPORATION,* Case No.: CACE-20-007061 (the "State Court Action" and the "Complaint"). A copy of the Complaint is attached hereto as Exhibit "B."

2. On April 30, 2020, a summons was issued for Freedom. A copy of the summons is attached hereto as composite Exhibit "C".

---

[1] A copy of the docket from the State Court Action is attached hereto as Exhibit "A."

2753576.1

3. On May 6, 2020, Freedom was served with the summons. As such, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

4. On May 26, 2020, the undersigned file a Notice of Appearance in the State Court Action on behalf of Freedom. A copy of the Notice of Appearance is attached hereto as Exhibit "D".

5. On May 26, 2020, Freedom filed a Motion for Extension of Time to respond to the Complaint. A copy of the Motion for Extension of Time is attached hereto as Exhibit "E".

6. On May 29, 2020, an Order was entered granting the Motion for Extension of Time to Respond to Plaintiffs' Complaint, setting the response deadline as June 25, 2020. A copy of the Order is attached hereto as Exhibit "F".

7. Freedom has not taken any other action in the State Court Action.

8. The Complaint purports to assert a cause of action for violation of the federal Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2601, et. seq. with respect to the handling of an escrow account and various related allegations. The Complaint also alleges claims for (1) breach of contract; (2) breach of fiduciary duty; (3) negligence; and (4) Fla. Stat. § 501.137, each of which concerns the same set of facts on which the RESPA claim depends. Each claim is inextricably intertwined insofar as they each deal with the same subject matter and alleged misconduct.

## II. TIMELINESS OF REMOVAL

9. Plaintiffs served Freedom with copies of the Summons and Complaint on May 6, 2020. Therefore, this Notice of Removal was filed within 30 days of service.

2753576.1

### III.  FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

10. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides:  "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

11. Plaintiffs' claim in the State Court Action arises pursuant to federal law, specifically RESPA (12 U.S.C. § 2601, et. seq.).  See Ex. B.  Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331 and 12 U.S.C. § 2601, and therefore this removal is made pursuant to 28 U.S.C. § 1441(a).

### IV.  SUPPLEMENTAL JURISDICTION

12. Each additional count of the Complaint adopts and incorporates the same set of factual allegations as those incorporated in the RESPA Count, which are then applied to each type of claim included in the Complaint. Each of these additional Counts is substantially similar and intertwined with the RESPA Count so as to form part of the same case or controversy. Therefore, this Court has supplemental jurisdiction over the remaining Counts in accordance with 28 U.S.C. §§ 1367(a) and/or 1441(c).

### V. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

13. Pursuant to 28 U.S.C. § 1446(a) copies of all of the process, pleadings, and documents from the State Court Action available to the Defendant have been attached to this Notice of Removal.

14. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Southern District of Florida, Ft Lauderdale Division, is the federal judicial district embracing the Circuit Court for Broward County, Florida.

15. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly file a copy of this Notice of Removal in the State Court Action, and give written notice of the removal of this action to Plaintiffs.

### VI. CONSENT TO REMOVAL BY OTHER NAMED DEFENDANTS

16. 28 U.S.C. §1446(b)(2)(A) requires all other defendants that have been properly named and served to consent to the removal. At the time of this filing, Freedom is the only defendant in the action. Therefore, this removal is compliant with 28 U.S.C. § 1446(b)(2)(A).

### VII. CONCLUSION

By this Notice of Removal, Freedom does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Freedom intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions, and/or pleas.

If any question should arise as to the propriety of the removal of this action, Freedom requests the opportunity to submit a brief and present oral argument in support of its position that this case has been properly removed. Sierminski v. Transouth Fin. Corp., 216. F. 3d 945, 949 (11th Cir. 2000).

Respectfully submitted,

McGLINCHEY STAFFORD

 /s/ Joseph A. Apatov
Joseph Apatov, Esq.
Florida Bar #93546
One East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 356-2516
Fax: (954) 252-3808
japatov@mcglinchey.com
dtironi@mcglinchey.com
***Attorneys for Defendant***

2753576.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished, via the following manner on this 5th day of June, 2020, to the following:

**Via E-Mail**

Jason Bloch, Esq.
3501 Glencoe Street
Miami, FL 33133
jebloch@att.net
*Attorney for Plaintiffs*

                                           */s/ Joseph A. Apatov*
                                           Joseph A. Apatov, Esq

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
BLAKESLEE, JAMES and BLAKESLEE, NATASSHA

## DEFENDANTS
FREEDOM MORTGAGE CORPORATION

**(b)** County of Residence of First Listed Plaintiff: BROWARD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason Bloch, Esq., 3501 Glencoe Street, Miami, FL, 33133, 786-208-9802

Attorneys *(If Known)*
Joseph A. Apatov, Esq., 1 East Broward Blvd, Suite 1400, Ft Lauderdale, FL 33301, 954-356-2516

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence

*Other:*
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE:                                                DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
12 U.S.C. § 2601, et. seq (RESPA) related to handling of escrow account
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: June 2, 2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

FOR OFFICE USE ONLY
RECEIPT #        AMOUNT        IFP        JUDGE        MAG JUDGE